# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2020

160421(54)

LANSING PARKVIEW, LLC,
          Plaintiff/Counterdefendant/Third-
          Party Defendant-Appellee,

v

K2M GROUP, LLC and DON L. KESKEY,
          Defendants/Counterplaintiffs/Third-
          Party Plaintiffs-Appellants,

and

ROBERT REID and JOEL I. FERGUSON,
          Third-Party Defendants.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160421
COA: 344192
Ingham CC: 13-000723-CK

On order of the Court, the motion for reconsideration of this Court's April 29, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2020

Clerk

a0921